NHG rosal LAW GROUP, P.C. COUNSELORS AT LAW

**MEMO ENDORSED**

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

**Via: EDNY ECF** **November 12, 2026**

Honorable Judge Victoria Reznik
United States Magistrate Judge
United States District Court
Eastern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** ***Rosales Flores v. Guadalupe Mix Restaurant & Deli Corp. et al*; 7:26-cv-05836-JGLC-VR**

Dear Hon. Judge Reznik,

As you are aware, my office represents Plaintiff Maritza Carolina Rosales Flores ("Plaintiff") in the above-referenced FLSA action. Pursuant to the Court's October 26, 2026 Order, Plaintiff's motion for default judgment is currently due on November 13, 2026. I write to respectfully request a brief extension of this deadline, through December 21, 2026, to allow the Parties additional time to engage in settlement discussions and explore the possibility of resolving this matter without further litigation. This is Plaintiff's first such request.

The undersigned has been communicating with the Individual Defendant, Carmen Otilia Quezada, regarding a potential resolution. Plaintiff believes that allowing the Parties additional time to continue these discussions may facilitate settlement and avoid the need for motion practice. Accordingly, Plaintiff requests an extension of time, through December 21, 2026, to file her motion for default judgment should settlement discussions fall through.

Plaintiff remains available should the Court have any questions. Thank you for your time and consideration of this request.

*cc: Carmen Quezada via email*

Respectfully,

[signature]

Victoria Spagnolo, Esq.

Application GRANTED. In light of the parties' settlement discussions, Plaintiff's deadline to move for default judgment is extended to **December 21, 2026**.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: November 13, 2026
White Plains, New York